**Opinion issued September 30, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-21-00237-CV

———————————

## IN RE ATAIN SPECIALTY INSURANCE COMPANY, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Atain Specialty Insurance Company filed a petition for writ of mandamus asking this Court to order Respondent "to vacate her May 4, 2021 order denying [Relator's] plea to the jurisdiction and in its place enter an order granting the plea and dismissing the claims asserted against Atain without prejudice."[1]

---

[1] The underlying case is *Jamie Blackburn, Ron Hoss Strimple, Individually and as next friend of C.S. v. Atain Specialty Insurance Company, and Harold's Fun Town, LLC*, Cause No. CV-0085834, pending in the County Court at Law No. 2 of Galveston County, Texas, the Honorable Kerri M. Foley presiding.

We deny the petition. Tᴇx. R. Aᴘᴘ. P. 52.8(a). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Rivas-Molloy and Guerra.